| | |
|---|---|
| IN RE:<br>James Ronald Talucci<br>Tammy Jane Talucci,<br>      Debtors<br><br>Freedom Mortgage Corporation<br>      Movant<br>    v.<br><br>James Ronald Talucci<br>Tammy Jane Talucci,<br>      Respondents | NO. 18-03455-RNO<br><br>CHAPTER 13 |

## STIPULATION

AND NOW, come the undersigned parties, by and through their respective counsel, and enter into the following Stipulation:

WHEREAS, Freedom Mortgage Corporation ("Freedom") is a creditor whose claim is secured by a mortgage on Debtors' property at 448 Pleasant View Road, Columbia, PA 17856; and

WHEREAS, Freedom filed a secured proof of claim on October 26, 2018 (Claim 13-1) which included prepetition arrears in the amount of $1,145.09; and

WHEREAS, Debtors' Chapter 13 plan does not provide for payment of prepetition arrears to Freedom through their Chapter 13 plan payments; and

WHEREAS, Freedom has filed an Objection to Debtors' Chapter 13 plan; and

WHEREAS, Debtors wish to have their post-petition payments to Freedom to be applied contractually, and thus towards prepetition arrears; and

WHEREAS, through May 14, 2019, Debtors have made post-petition payments to Freedom in the total amount of $9,711.50; and

WHEREAS, as of May 14, 2019 Debtors' mortgage is due contractually for the June 1, 2019 payment, less a suspense balance of $656.39; and

WHEREAS, prepetition fees in the amount of $58.06 and a pre-petition escrow shortage in the amount of $167.81 remain unpaid.

It is therefore Stipulated and agreed as follows:

1. Freedom's claim (Claim 13-1) is an allowed claim.

2. Debtors' post-petition payments to Freedom shall be applied contractually.

3. The prepetition fees in the amount of $58.06 and a pre-petition escrow shortage in the amount of $167.81 shall be paid from funds paid by the Debtors post-petition.

4. Freedom's Objection to Debtors' Chapter 13 plan is withdrawn.

Consented to by:

Date:_____         /s/ *James C. Warmbrodt, Esquire*
                                   James C. Warmbrodt, Esquire
                                   Attorney for Respondent

Date:_____         /s/ *John Piazza, III, Esquire*
                                   John Piazza, III, Esquire

                                   _____
                                   Agatha McHale, Esq.
Date: 5/14/2019                    for Charles J. DeHart, III, Esquire
                                   Trustee

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:<br>James Ronald Talucci<br>Tammy Jane Talucci,<br>                Debtors<br><br>Freedom Mortgage Corporation<br>                Movant<br>    v.<br>James Ronald Talucci<br>Tammy Jane Talucci,<br>                Respondents | NO. 18-03455-RNO<br><br>CHAPTER 13 |

## ORDER

Upon consideration of the foregoing Stipulation, it is hereby ORDERED that the parties' Stipulation be and hereby is APPROVED.