United States Bankruptcy Court

Middle District of Pennsylvania

In re:  
James Ronald Talucci  
Tammy Jane Talucci  
    Debtors

Case No. 18-03455-MJC  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0314-4      User: AutoDocke      Page 1 of 3  
Date Rcvd: Oct 19, 2021      Form ID: 3180W      Total Noticed: 36

The following symbols are used throughout this certificate:  
**Symbol**      **Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++      Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4).

\#      Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

\#\#      Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 21, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | James Ronald Talucci, Tammy Jane Talucci, 448 Pleasant View, New Columbia, PA 17856-9107 |
| cr | + | Freedom Mortgage Corporation, c/o McCalla Raymer Leibert Pierce, LLC, Bankruptcy Department, 1544 Old Alabama Road, Roswell, GA 30076-2102 |
| 5116221 | | 1st Federal Credit Control, 2470 Chagrin Blvd Ste 205, Beachwood, OH 44125 |
| 5097713 | + | COMMERICAL ACCEPTANCE CO, 2 WEST MAIN STREET, SHIREMANSTOWN, PA 17011-6326 |
| 5116227 | + | Chester Cty Dental Assoc, 2771 E Lincoln Hwy, Coatsville, PA 19320-2461 |
| 5109388 | + | Esequiel Valerio, 7935 W Sahara Avenue, Suite 201, Las Vegas NV 89117-7909 |
| 5116222 | + | Evangelical, 1 Hospital Drive, Lewisburg, PA 17837-9318 |
| 5097714 | + | FREEDOM MORTGAGE, 907 PLEASANT VALLE, STE 3, MOUNT LAUREL, NJ 08054-1210 |
| 5124518 | + | Freedom Mortgage Corporation, Bankruptcy Department, 10500 Kincaid Drive, Suite 300, Fishers, IN 46037-9764 |
| 5116224 | + | Geisinger, 100 N Academy Ave, Danville, PA 17822-0001 |
| 5119640 | + | Harley-Davidson Credit Corp., PO Box 9013, Addison, Texas 75001-9013 |
| 5097716 | + | MARINER FINANCE, 8211 TOWN CENTER DRIVE, NOTTINGHAM, MD 21236-5904 |
| 5116226 | + | Navient, 123 Justison Street Third Floor, Wilmington, DE 19801-5363 |
| 5116225 | + | Quantum Image, 1 Hospital Drive, Lewisburg, PA 17837-9350 |
| 5097710 | #+ | RAYMOUR AND FLANIGAN, 1000 MACARTHUR BOULEVARD, MAHWAH, NJ 07430-2035 |
| 5097718 | + | SYNCRO/WALMART, PO BOX 105972, ATLANTA, GA 30348-5972 |
| 5097711 | + | SYNOVUS/GREENSKY, 1797 NE EXPRESSWAY, ATLANTA, GA 30329-7803 |
| 5118412 | + | TD Retail Card Services, c/o Creditors Bankruptcy Service, P O Box 800849, Dallas, TX 75380-0849 |
| 5097712 | ++ | UNIFY FINANCIAL FEDERAL CREDIT UNION, 1899 WESTERN WAY, TORRANCE CA 90501-1145 address filed with court:, UNIFY FCU, 1899 WESTERN WAY, TORRANCE, CA 90501 |
| 5113459 | + | UNIFY Financial Federal Credit Union, 7935 W. Sahara Avenue, Suite 201, Las Vegas, NV 89117-7909 |

TOTAL: 20

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 5097719 | + | Email/Text: bankruptcy@alliantcreditunion.com | Oct 19 2021 18:46:00 | ALLIANT CREDIT UNION, PO BOX 1666, DES PLAINES, IL 60017-1666 |
| 5097715 | + | EDI: CAPITALONE.COM | Oct 19 2021 22:43:00 | CAPITAL ONE BANK USA NA, 10700 CAPITAL ONE WAY, RICHMOND, VA 23060-9243 |
| 5097717 | + | EDI: WFNNB.COM | Oct 19 2021 22:43:00 | COMENITY CAPITAL BANK, PO BOX 183043, COLUMBUS, OH 43218-3043 |
| 5104720 | | EDI: CAPITALONE.COM | Oct 19 2021 22:43:00 | Capital One Bank (USA), N.A., PO Box 71083, Charlotte, NC 28272-1083 |
| 5097707 | | EDI: DISCOVER.COM | Oct 19 2021 22:43:00 | DISCOVER FINANCIAL SERVICES LLC, PO |

| Recip ID | Bypass | Notice Type | Date/Time | Name and Address |
| --- | --- | --- | --- | --- |
| | | | | BOX 15316, WILMINGTON, DE 19850 |
| 5100580 | + | EDI: DISCOVER.COM | Oct 19 2021 22:43:00 | Discover Bank, Discover Product Inc, PO BOX 3025, New Albany, OH 43054-3025 |
| 5121160 | + | Email/Text: bankruptcy@greenskycredit.com | Oct 19 2021 18:46:00 | Greensky, LLC, 1797 N.E. Expressway, Suite 100, Atlanta, GA 30329-2451 |
| 5097708 | + | Email/Text: bankruptcy.notices@hdfsi.com | Oct 19 2021 18:46:00 | HARLEY DAVIDSON CREDIT, 3850 ARROWHEAD DRIVE, CARSON CITY, NV 89706-2016 |
| 5097706 | | EDI: JPMORGANCHASE | Oct 19 2021 22:43:00 | CHASE/ BANK ONE CARD SERVICES, PO BOX 15298, WILMINGTON, DE 19850 |
| 5121411 | | Email/PDF: resurgentbknotifications@resurgent.com | Oct 19 2021 18:50:34 | LVNV Funding, LLC its successors and assigns as, assignee of CVF Consumer Acquisition, Company, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 5194203 | | EDI: NAVIENTFKASMSERV.COM | Oct 19 2021 22:43:00 | Navient Solutions, LLC. on behalf of, Department of Education Loan Services, PO BOX 9635, Wilkes-Barre, PA 18773-9635 |
| 5097709 | + | EDI: AGFINANCE.COM | Oct 19 2021 22:43:00 | ONE MAIN, PO BOX 1010, EVANSVILLE, IN 47706-1010 |
| 5104053 | | EDI: AGFINANCE.COM | Oct 19 2021 22:43:00 | ONEMAIN, P.O. BOX 3251, EVANSVILLE, IN 47731-3251 |
| 5124706 | | EDI: PRA.COM | Oct 19 2021 22:43:00 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 5098191 | + | EDI: RECOVERYCORP.COM | Oct 19 2021 22:43:00 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 5121708 | | EDI: Q3G.COM | Oct 19 2021 22:43:00 | Quantum3 Group LLC as agent for, Comenity Capital Bank, PO Box 788, Kirkland, WA 98083-0788 |

TOTAL: 16

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
| --- | --- | --- |
| cr | *+ | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 5116223 | ##+ | Sun Orthopedics, 900 Buffalo Rd, Lewisburg, PA 17837-1206 |

TOTAL: 0 Undeliverable, 1 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 21, 2021    Signature:    /s/Joseph Speetjens

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 19, 2021 at the address(es) listed below:

| Name | Email Address |
| --- | --- |
| Esequiel Valerio | ziggy.valerio@unifyfcu.com |
| Jack N Zaharopoulos (Trustee) | TWecf@pamd13trustee.com |
| James Warmbrodt | on behalf of Creditor Freedom Mortgage Corporation bkgroup@kmllawgroup.com |
| John Piazza, III | on behalf of Debtor 1 James Ronald Talucci Johnpiazza@piazza-law.com piazzakt@gmail.com |
| John Piazza, III | on behalf of Debtor 2 Tammy Jane Talucci Johnpiazza@piazza-law.com piazzakt@gmail.com |
| Keri P Ebeck | on behalf of Creditor Harley-Davidson Credit Corp. kebeck@bernsteinlaw.com jbluemle@bernsteinlaw.com;politicsci2@gmail.com |
| Rebecca Ann Solarz | on behalf of Creditor Freedom Mortgage Corporation bkgroup@kmllawgroup.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 8

| Information to identify the case: | | |
|---|---|---|
| Debtor 1 | James Ronald Talucci<br>First Name   Middle Name   Last Name | Social Security number or ITIN  xxx–xx–4197<br>EIN  _ _–_ _ _ _ _ _ _ |
| Debtor 2<br>(Spouse, if filing) | Tammy Jane Talucci<br>First Name   Middle Name   Last Name | Social Security number or ITIN  xxx–xx–5327<br>EIN  _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court | Middle District of Pennsylvania | |
| Case number: | 4:18–bk–03455–MJC | |

# Order of Discharge 12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

James Ronald Talucci          Tammy Jane Talucci

**By the court:**

10/19/21

Honorable Mark J. Conway
United States Bankruptcy Judge
By: ChristinaKovach, Deputy Clerk

---

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**